# UNITED STATES DISTRICT COURT

## District of Minnesota

Emir Naun Sanchez Lopez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Immigration and Custom Enforcement, Sirce Owen, Executive Office for Immigration Review and Samuel Olson

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 0:26-cv-00347 ADM-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the status update 9 provided by Respondents, this matter is now closed.

Date: 2/5/2026

KATE M. FOGARTY, CLERK